MINUTE ENTRY
FELDMAN, J.
JANUARY 22, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 08-147

TODD KELLY                                  SECTION "F"

CT DEP: STEVE HILL                          CT. REP.  TONI TUSA

GOVT: MIKE MCMAHON
DEFT: RICK SIMMONS AND STEVE HUBER
REARR:    X deft sworn
          X deft pleads guilty to Ct 1
          X Court questions the deft.
          X deft waives reading of the indictment
            plea letter filed
          X govt. details the evidence
          X Court accepts plea and adjudges deft guilty
          X PSI ordered
            deft remanded to custody
          X deft released on bond
          X sentencing date set for MAY 14, 2009, AT 10:30AM

**IT IS ORDERED that the trial and pre-trial of the above defendant is cancelled.**

JS10-.30 MINUTES