MINUTE ENTRY
FELDMAN, J.
MAY 14, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 08-147 |
| TODD KELLY | SECTION "F" |

CT. DEP.  STEVE HILL
CT. REP. ARLENE MOVAHED

GOVT ATTY: MIKE MCMAHON
DEFT ATTY: RICK SIMMONS, STEVE HUBER

SENTENCING: SEE JUDGMENT

COURT ADJOURNED

JS 10 - .15 MINUTES