U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2009 MAY 15 PM 4:37
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
vs. TODD KELLY XXX-XX-3132 (SOC. SEC. NO.)
CRIMINAL ACTION 08-147 F (CASE NO./SEC.)

# JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date ---------( Month Day Year MAY 14, 2009 )

**X WITH COUNSEL** STEPHEN HUBER AND RICHARD SIMMONS
(Name of Counsel)

Court Reporter's Name: ARLENE MOVAHED

**PLEA:** x **GUILTY,** and the court being satisfied that there is a factual basis for the plea. __**NOLO CONTENDERE** __**NOT GUILTY**

There being a finding of (__**NOT GUILTY.** Defendant is discharged.
(x **GUILTY on JANUARY 22, 2009**

The defendant has been convicted as charged of the offense(s) of 18 USC 371 Conspiracy to Exceed Authorized Access of a Government Computer in Count 1 of the Indictment

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby placed on probation for term of three years, as to Count 1. The defendant shall pay a fine in the amount of $3,000.00 to the United States as to count 1; The fine shall be paid in monthly installments of $100.00 with the first payment due June 15, 2009, until paid in full. The payment is subject to increase or decrease, depending on the defendant's ability to pay. While on probation, the defendant shall comply with the standard general conditions that have been adopted by this court. The defendant shall not possess a firearm. The Court suspends the drug testing condition In addition, the following special conditions are imposed: The defendant shall provide the probation officer with access to any requested financial information. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule. The defendant shall participate in the orientation and life skills program and he shall pay any fine imposed. The defendant shall cooperate in the collection of a DNA sample as required by law.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count(s) 1, for a total assessment of $100.00

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

**SIGNED BY:**
__U.S. District Judge
xxU.S. Magistrate [signature]
(Date) May 14, 2009

CERTIFIED AS A TRUE COPY
ON THIS DATE ___________
BY: ___________________
Deputy Clerk

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least two weeks prior to any change in residence and within seventy-two hours of any change of employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

---

The court makes the following recommendation to the Bureau of Prisons:

**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

---

**RETURN**

I have executed this judgment as follows:

______________________________________________________________________

______________________________________________________________________

Defendant delivered on ________ to ____________________________________ at

________________________________________, with a certified copy of this Judgment.

______________________________
United States Marshal

______________________________
Deputy Marshal